# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GOULD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAM AHLIN, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00076-BAM (PC)<br><br>New Case No. 1:18-cv-00076-LJO-MJS (PC)<br><br>ORDER RELATING CASES AND REASSIGNING ACTION TO DISTRICT JUDGE LAWRENCE J. O'NEILL AND MAGISTRATE JUDGE MICHAEL J. SENG |

On January 17, 2018, Plaintiff filed this Civil Rights Complaint pursuant to 42 U.S.C. § 1983 challenging emergency amendments to Cal. Code Regs. tit. 9, § 4350 as violating the U.S. Constitution. (ECF No. 1.)

The Court's review of this case reveals that it is related under Local Rule 231 to the action entitled Rainwater v. Allen, 1:18-cv-00049-LJO-MJS. Both actions are based on the same underlying facts and involve overlapping questions of law and fact.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk shall relate this case with case 1:18-cv-00049-LJO-MJS (PC);
2. This case shall be assigned to the docket of District Judge Lawrence J. O'Neill and reassigned to the docket of Magistrate Judge Michael J. Seng;
3. The new case number shall be **1:18-cv-00076-LJO-MJS (PC)**, and all future pleadings and/or correspondence must be so numbered. The parties are advised that

1

use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

Dated: **February 27, 2018**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE